

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00766-CV

**IN RE** Lynn M. **KOLB**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

By order dated December 5, 2017, this court granted the real party in interest's opposed motion for emergency temporary relief. This court's order stated, "all trial court proceedings relating to this matter, including all proceedings on relator's Petition for Declaratory Judgment and/or Alternatively, Motion to Modify Parent-Child Relationship filed in trial court cause number 2014-CI-14217, are STAYED pending final disposition of this original proceeding." This court's order and opinion disposing of this original proceeding issued on January 12, 2018, and January 24, 2018, respectively.

On January 22, 2018, relator filed a motion for clarification concerning our stay order. Because this original proceeding has been finally disposed of by this court, the stay granted in our December 5, 2017 order was lifted pursuant to the terms of that order.

It is so **ORDERED** on January 25, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.

_____
KEITH E. HOTTLE, CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017CI17273, styled *In the Interest of C.S.K.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.